No. 03–9623. IN RE SHEEHAN; and
No. 03–9654. IN RE CRUZ. Petitions for writs of mandamus denied.

No. 03–9619. IN RE BRONSON. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus and/or prohibition dismissed. See this Court's Rule 39.8.

No. 03–1407. ROUSEY ET UX. *v.* JACOWAY. C. A. 8th Cir. Certiorari granted.

No. 03–1085. SAMIRAH *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–1097. RITCHESON *v.* C. C. SERVICES, INC. C. A. 7th Cir. Certiorari denied.

No. 03–1125. TEXAS CITIES COALITION ON STORMWATER *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1247. BATZEL *v.* SMITH ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1259. ROGERS *v.* NORFOLK SOUTHERN CORP. ET AL. Sup. Ct. S. C. Certiorari denied.

No. 03–1273. SPARGO ET AL. *v.* NEW YORK COMMISSION ON JUDICIAL CONDUCT ET AL. C. A. 2d Cir. Certiorari denied.